**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE SHIN, on behalf of herself, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>v.<br><br>SANYO FOODS CORP. OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:23-cv-10485<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST FOR ORDER VACATING TRIAL AND PRETRIAL DEADLINES** |

1

Upon consideration of the stipulation between Plaintiff Sue Shin ("Plaintiff"), on the one hand, and Defendant Sanyo Foods Corp. of America ("Defendant") (together with Plaintiff, the "Parties"), on the other hand, by and through their counsel of record, for an order on their Joint Notice of Settlement and Stipulation and Request for an Order Vacating Trial and Pretrial Deadlines, and good cause appearing:

**IT IS HEREBY ORDERED** as follows:

(1) All operative trial and pretrial deadlines are indefinitely continued;

(2) The August 25, 2025 hearing on Defendant's Motions *In Limine* is vacated;

(3) The August 25, 2025 Final Pretrial Conference is vacated; and

(4) The September 2, 2025 trial is vacated.

**IT IS SO ORDERED**

Dated: August 15, 2025

_____
Stephen V. Wilson
United States District Judge